Alfred B. Bowman, appellee, v. Henry Schreil, appellant. Gen. No. 29,855.

Action for damage to automobile in collision with defendant's car. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George A. Curran, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed. Opinion filed July 14, 1925.

Joseph G. Sheldon, for appellant. Harry C. Lindahl, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Yellow Cab Company, appellee, v. Stafford-Smith Company, appellant. Gen. No. 29,865.

Action for rent. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John F. O'Connell, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed. Opinion filed July 14, 1925. Rehearing denied July 24, 1925.

Cochrane & George, for appellant. Samuels, Costello & Greenberg, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Susie Bason, appellee, v. T. W. Champion, trading as T. W. Champion & Company, appellant. Gen. No. 29,871.

Action to recover real estate commissions. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Paul B. Lauher, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed. Opinion filed July 14, 1925.

Lefkow & Lefkow, for appellant. Isadore S. Blumenthal, for appellee; Berthold L. Goldberg, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

Gerardo Gorino, appellee, v. Jacob Bass, sued as Jack Bass, appellant. Gen. No. 29,880.

Action against landlord to recover for damage to tenant's goods. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed July 14, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. H. F. Tucker, for appellee.

Mr. Justice Gridley delivered the opinion of the court.